UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 14, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Rodolfo Torres, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-19-3730 |
| | § | |
| State Farm Lloyds, | § | |
| Defendant. | § | |

## Order of Adoption

On June 28, 2021, Magistrate Judge Peter Bray recommended that the court grant State Farm Lloyds' motion for summary judgment. (18) Neither party filed objections. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on July __14__, 2021.

Lynn N. Hughes
United States District Judge